FILED
3/27/19 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN K. FIELD
LORI A. FIELD
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-22455

Chapter 13

Document No.:

Related to Docket No. 139

### ORDER OF COURT

AND NOW, this __27th__ day of __March__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                         Case No. 14-22455-GLT
Brian K. Field                                                 Chapter 13
Lori A. Field
       Debtors
                            CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam              Page 1 of 2        Date Rcvd: Mar 27, 2019
                              Form ID: pdf900         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db/jdb         +Brian K. Field,    Lori A. Field,    916 5th Street,    Baden, PA 15005-1339
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +OCWEN LOAN SERVICING, LLC,    6409 Congress Ave.,,   Suite 100,    Boca Raton, FL 33487-2853
13873074       +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13873075       +CitiMortgage,   1000 Technology Drive,    O Fallon, MO 63368-2240
13942130        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13926171       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13873077       +Heritage Valley Health System,    720 Blackburn Road,    Sewickley, PA 15143-1459
14280366       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Blvd #110,
                 Oklahoma City, OK 73118-6051
13873079       +Northland Group Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
13873080        Ocwen Loan Servicing,    PO Box 24378,    West Palm Beach, FL 33416
13873081       +Peter J. Ashcroft, Esq.,    Ste 2200, Gulf Tower,    707 Grant Street,
                 Pittsburgh, PA 15219-1908
13873082       +Sears,   PO Box 6283,    Sioux Falls, SD 57117-6283
13945691        The Bank of New York Mellon Trust Company N.A.,     c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13874650        E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2019 03:00:19
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13873072       +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2019 03:00:19      Ally Financial,
                 PO Box 380902,    Minneapolis, MN 55438-0902
13873076        E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2019 03:02:09      Duquesne Light,
                 Customer Care Department,    411 Seventh Ave, MD 6-1,    Pittsburgh, PA 15230
13873073       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 03:02:38      Care Credit,
                 GE Capital Retail Bank,    Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
13940964       +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2019 03:02:10      Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13873078       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 03:02:38      Lowe's,    GE Capital Retail Bank,
                 Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
13925101        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 03:02:43
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14669749        E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2019 03:00:53
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CitiMortgage Inc.
cr             MidFirst Bank
cr             Midland Mortgage as servicer for MIDFIRST BANK
cr*           Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: dkam                  Page 2 of 2                  Date Rcvd: Mar 27, 2019
                               Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Midland Mortgage as servicer for MIDFIRST BANK
           bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor     OCWEN LOAN SERVICING, LLC pawb@fedphe.com
          Leon P. Haller    on behalf of Creditor    MidFirst Bank lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Michael C. Eisen     on behalf of Joint Debtor Lori A. Field attorneyeisen@yahoo.com,
           aarin96@hotmail.com
          Michael C. Eisen     on behalf of Debtor Brian K. Field attorneyeisen@yahoo.com,
           aarin96@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor     OCWEN LOAN SERVICING, LLC pawb@fedphe.com
                                                                                             TOTAL: 11